1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MARC DAYS, CA Bar #184098
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERRY LEE SCHNEIDER, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-CR-00361 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; [PROPOSED] ORDER |
| v. | ) | |
| TERRY LEE SCHNEIDER, II, | ) | Date: February 11, 2011 |
| Defendant. | ) | Time: 8:45 a.m. |
|  | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for January 7, 2011, **may be continued to February 11, 2011 at 8:45 a.m.**

This continuance is requested by counsel for the defendants, as both defendants need additional time to complete psychiatric evaluations. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 3, 2011                    By   /s/ Brian W. Enos
                                               BRIAN W. ENOS
                                               Assistant United States Attorney
                                               Attorney for Plaintiff


Law Offices of
CARL M. FALLER

DATED: January 3, 2011                    By   /s/ Carl M. Faller
                                               CARL M. FALLER
                                               Attorney for Defendant
                                               Nicole Jean Schneider


DANIEL J. BRODERICK
Federal Defender

DATED: January 3, 2011                    By   /s/ Marc Days
                                               MARC DAYS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               Terry Lee Schneider, II

## ORDER

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).  HOWEVER, at the next court hearing, Counsel must be ready either for changes of plea or trial setting.  No further continucances.

IT IS SO ORDERED.

**Dated:    January 4, 2011**              /s/ Lawrence J. O'Neill

1                                        UNITED STATES DISTRICT JUDGE