BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00361 LJO |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE TRIAL DATE TO OCTOBER 3, 2011 AND CHANGE August 29, 2011 TRIAL CONFIRMATION HEARING TO STATUS CONFERENCE; ORDER THEREON** |
| v. | ) | |
| | ) | |
| TERRY LEE SCHNEIDER II and NICOLE JEAN SCHNEIDER, | ) | Date: N/A<br>Time: N/A<br>Ctrm: 4 |
| Defendants. | ) | Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the start of this action's trial be continued from Monday, August 29, 2011 at 8:30 a.m. to Monday, October 3, 2011 at 8:30 a.m. The parties further agree to change this action's trial confirmation hearing, presently set to commence at 8:45 a.m. on Friday, July 29, 2011, to a status conference set to take place at the same place, date and time. At the status conference, the parties will address the re-scheduling of the trial confirmation hearing as well as the status of any efforts to resolve the case.

**STIPULATION TO CONTINUE TRIAL DATE TO OCTOBER 3, 2011 AND CHANGE JULY 29, 2011 TRIAL CONFIRMATION HEARING TO STATUS CONFERENCE; [PROPOSED] ORDER**

The parties base this stipulation on good cause, in that the court advised the parties that the trial date will need to be moved in light of a major re-calibration of judicial caseloads set to take place in the coming weeks and/or months.  For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the court.  Any delay resulting from this continuance shall be excluded in the interests of justice, and the ends of justice in endorsing this stipulation through formal order outweigh the interests of defendants and the public in a speedy trial.  See 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

```
                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated: June 30, 2011       By: /s/ Brian W. Enos
                                   BRIAN W. ENOS
                                   Assistant U.S. Attorney


                                   (As auth. 7/5/11)
Dated: July 5, 2011            /s/ Marc J. Days
                                   MARC J. DAYS
                                   Attorney for Defendant
                                   Terry Lee Schneider II

                                   (As auth. 6/30/11)
Dated: June 30, 2011           /s/ Carl M. Faller
                                   CARL M. FALLER
                                   Attorney for Defendant
                                   Nicole Jean Schneider
```

**ORDER**

GOOD CAUSE EXISTS, FACTUALLY AND LEGALLY.  TIME IS EXCLUDED FOR GOOD LEGAL AND FACTUAL CAUSE AS STATED IN THE STIPULATION. IT IS SO ORDERED.

**Dated:   July 5, 2011**             /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE TRIAL DATE TO OCTOBER 3, 2011 AND CHANGE JULY 29, 2011 TRIAL CONFIRMATION HEARING TO STATUS CONFERENCE; [PROPOSED] ORDER**