1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for United States of America

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

   UNITED STATES OF AMERICA,      )   1:10-cr-00361 LJO
11                                 )
                  Plaintiff,       )   **STIPULATION TO VACATE STATUS**
12                                 )   **CONFERENCE AND SET AUGUST 19,**
                                   )   **2011 TRIAL CONFIRMATION**
13        v.                       )   **HEARING; ORDER**
                                   )
14                                 )   Date: N/A
   TERRY LEE SCHNEIDER II and      )   Time: N/A
15 NICOLE JEAN SCHNEIDER,          )   Ctrm: 4
                                   )        Hon. Lawrence J. O'Neill
16                Defendants.      )
17 _____)

18      IT IS HEREBY STIPULATED by and between the parties hereto,

19 through their respective attorneys of record, that the status

20 conference presently set for Thursday, July 28, 2011 be vacated,

21 and a trial confirmation hearing be set to take place on Friday,

22 August 19, 2011 at 9:00 a.m.

23      By way of brief background, on June 30, 2011 the parties

24 stipulated to (1) continue this case's trial date from August 29,

25 2011 to October 3, 2011, as well as (2) set a preceding status

26 conference on July 29, 2011.  Within that stipulation, the

27 parties stated that they would "address the re-scheduling of the

28 trial confirmation hearing as well as the status of any efforts

                               1

1   to resolve the case" at the July 29, 2011 status conference.

2   Doc. 23, at 1:23-25.

3       On July 5, 2011, the court found the stipulation to be

4   supported by good cause and endorsed it by way of formal order.

5   Doc. 24.  On July 12, 2011, the court issued a minute order

6   advancing the Friday, July 29, 2011 status conference to

7   Thursday, July 28, 2011.  Doc. 25.

8       Since the issuance of the above scheduling orders, the

9   parties have continued to confer about the case, including both

10  counsel availability regarding a trial confirmation hearing as

11  well as issues bearing on this case's resolution.  As a result,

12  the matters the parties expected to raise at the July 28, 2011

13  status conference have been addressed.  Accordingly, the parties

14  stipulate to vacating the presently-scheduled July 28, 2011

15  status conference, and setting a trial confirmation hearing to

16  take place within the court's 9:00 a.m. calendar on Friday,

17  August 19, 2011.

18      The parties' stipulation is based on good cause and

19  expedites this case by rendering the status conference

20  unnecessary.  Specifically, counsel for the government is in the

21  process of preparing draft plea agreements for internal approval

22  and ultimate distribution, and will distribute draft agreements

23  to each defendant in time for all parties to be able to advise

24  the court by August 19, 2011 whether either or both defendants

25  will be changing their pleas (counsel for the government expects

26  to have agreements distributed to respective defense counsel

27  within a week).  In addition, and assuming this case is

28  ultimately tried, counsel for all parties have determined that

2

1    they are available to appear at a trial confirmation hearing on

2    August 19, 2011.

3        For the above-stated reasons, a vacated July 28, 2011 status

4    conference and stipulated August 19, 2011 trial confirmation

5    hearing will conserve time and resources for both parties and the

6    court.  Any delay resulting from this continuance shall be

7    excluded in the interests of justice, and the ends of justice in

8    endorsing this stipulation through formal order outweigh the

9    interests of defendants and the public in a speedy trial.  See 18

10   U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

11                              BENJAMIN B. WAGNER
                                United States Attorney
12

13   Dated: July 20, 2011       By:_/s/ Brian W. Enos_____
                                 BRIAN W. ENOS
14                               Assistant U.S. Attorney

15
                                 (As auth. 7/20/11)
16
     Dated: July 20, 2011        _/s/ Marc J. Days_____
17                               MARC J. DAYS
                                 Attorney for Defendant
18                               Terry Lee Schneider II

19                               (As auth. 7/20/11)

20   Dated: July 20, 2011        _/s/ Carl M. Faller_____
                                 CARL M. FALLER
21                               Attorney for Defendant
                                 Nicole Jean Schneider
22

23                              **ORDER**

24
     IT IS SO ORDERED.
25
     **Dated:   July 20, 2011**        _____/s/ Lawrence J. O'Neill_____
26                                       UNITED STATES DISTRICT JUDGE

27

28

                                    3