```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  1:10-CR-00361-LJO
                                  )
12                                )  PRELIMINARY ORDER OF FORFEITURE
                  Plaintiff,      )
13                                )
         v.                       )
14                                )
                                  )
15  TERRY LEE SCHNEIDER II,       )
                                  )
16                Defendant.      )
                                  )
17  _____)
```

18       Based upon the plea agreement entered into between plaintiff
19  United States of America and defendant Terry Lee Schneider, it is
20  hereby ORDERED, ADJUDGED, AND DECREED as follows:
21       1.   Pursuant to 18 U.S.C. § 2253, defendant Terry Lee Schneider
22  II's, interest in the following property shall be condemned and
23  forfeited to the United States of America, to be disposed of
24  according to law:
25            a.   Toshiba laptop computer seized from defendant by
                   Law enforcement on or about January 27, 2010;
26
              b.   Compact discs, external hard drives, or other storage
27                 devices containing visual depictions of minors
                   engaged in sexually explicit conduct and seized
28                 by law enforcement on or about January 27, 2010;and

          c.    Canon camcorder obtained by law enforcement on or about September 20, 2010.

2. The above-listed property constitutes property which was used or intended to be used in any manner or part to commit and to promote the commission of 18 U.S.C. 2251(a), in violation of 18 U.S.C. § 2253.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   October 25, 2011**               /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE